## No. 7353.

### N. St. Martin vs. Police Jury of St. Charles Parish.

The appointment by a police jury of a parish attorney with a stipulated salary is vacated by the passage of a law, the effect of which is to vest in the Governor the appointment of that official, and thereafter his salary is determined by the regulation made by the police jury subsequent to the passage of that law.

Appeal from the District Court for St. Charles. Duffel, J.

*De Poorter* for Plaintiff. *Breaux*, *Fenner* & *Hall* for Defendant Appellant.

MANNING, C. J., delivered the opinion, amending the judgment by reducing its amount.